# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

JESSICA ALLEE,

        Plaintiff,

    v.                                      Case No. 07-CV-772

CALUSA INVESTMENTS, LLC,

        Defendant.

_____

# ORDER

On August 28, 2007, plaintiff Jessica Allee filed her complaint pursuant to the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq., alleging that defendant Calusa Investments, LLC accessed the plaintiff's consumer credit reports and those of other individuals, without their express consent or any other lawful reason. On November 27, 2007, the defendant was served with a summons and complaint. On January 30, 2008, the plaintiff filed an affidavit of default against the defendant, indicating that the defendant failed to respond to the summons and complaint. The plaintiff also filed an expedited motion to initiate discovery. The plaintiff asserts that the defendant is in exclusive possession of essential information required to determine the composition of the class and the amount of damages to be awarded as a judgment. The defendant did not file a response.

In light of the foregoing, the court will grant the plaintiff's motion to initiate discovery in this action.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion to initiate discovery (Docket #7) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 6th day of March, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge